UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                        Case No.  05-cr-52-01-SM

<u>Matthias B. Morgan</u>

<u>O R D E R</u>

Defendant Morgan's motion to continue the final pretrial conference and trial is granted (document 9).  Trial has been rescheduled for the September 2005 trial period.  Defendant Morgan shall file a waiver of speedy trial rights not later than June 30, 2005.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  August 30, 2005 at 11:00 a.m.

**Jury Selection**: September 7, 2005 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

June 27, 2005

cc: Richard Foley, Esq.
    Debra Walsh, AUSA
    US Probation
    US Marshal